UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY HOSMER,

Plaintiff,

v.

BRIAN SANDOVAL et al.,

Defendants.

Case No. 3:17-cv-00056-RCJ-WGC

ORDER

**I.    DISCUSSION**

On January 30, 2017, Plaintiff, then a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1). On February 12, 2018, this Court issued an order acknowledging Plaintiff's death and granted 90 days for any party or decedent's successor or representative to file a motion to substitute. (ECF No. 8).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution. As such, the Court dismisses the case.

///

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the Court dismisses this case pursuant to Fed. R. Civ. P. 25(a)(1).

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 18th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE